67,418·02

NO. 08-02-00491-CR

FILED
NORMA L. FAVELA
DISTRICT CLERK

2015 JAN -8 PM 4: 37

EL PASO COUNTY, TEXAS

BY_____
DEPUTY

IN THE COURT OF CRIMINAL APPEALS

AND

THE 384TH DISTRICT COURT

EX PARTE MICHAEL JACQUES

CAUSE NO. 20020D03178
IN THE 384TH JUDICIAL DISTRICT COURT

RECEIVED IN
COURT OF CRIMINAL APPEALS

JAN 12 2015

Abel Acosta, Clerk

## ORDER ON APPLICANT'S MOTION

THE COURT HAVING PREVIEWED THE MOTION AND HEARD ARGUMENTS OF COUNSEL herein grants the motion to exceed word count. The Court specifically finds that this document contains _16,490_ words, and exceeds the word count by _1490_.

Signed this _8_ day of _January_, 2015.

_Judge, 384th District Court_

Print this page

# Envelope 3705721

## Case Information

| | |
|---|---|
| Location | Court Of Criminal Appeals |
| Date Filed | 01/08/2015 05:02:48 PM |
| Case Number | |
| Case Description | |
| Assigned to Judge | |
| Attorney | Janet Burnett |
| Firm Name | El Paso County Public Defender's Office |
| Filed By | Margaret Martinez |
| Filer Type | Not Applicable |

## Fees

| | |
|---|---|
| Convenience Fee | $0.00 |
| Total Court Case Fees | $0.00 |
| Total Court Filing Fees | $0.00 |
| Total Court Service Fees | $0.00 |
| Total Filing & Service Fees | $0.00 |
| Total Service Tax Fees | $0.00 |
| Total Provider Service Fees | $0.00 |
| Total Provider Tax Fees | $0.00 |
| Grand Total | $0.00 |

## Payment

| | |
|---|---|
| Account Name | Waiver of Fees- Default |
| Transaction Amount | $0.00 |
| Transaction Response | |
| Transaction ID | |

Order #

**Other Document**

Filing Type          EFile

Filing Code          Other Document

Filing Description   MICHAEL JACQUES / ORDER ON
                     APPLICANT'S MOTION

Reference Number

Comments

Status               Submitting

**Fees**

Court Fee            $0.00

Service Fee          $0.00

**Documents**

*Lead Document*      ORDER ON APPLICANT'S          [Original]
                     MOTION.pdf

NO. 08-02-00491-CR

IN THE COURT OF CRIMINAL APPEALS

AND

THE 384TH DISTRICT COURT

EX PARTE MICHAEL JACQUES

Cause No. 20020D03178
In the 384TH District Court
El Paso County, Texas
The Honorable Patrick M. Garcia, Judge Presiding

## FINDINGS OF FACT AND CONCLUSIONS OF LAW

The Trial Court herein makes findings in accordance with the Texas Court of Criminal Appeals Remand Order dated November 19, 2014.

## FINDINGS OF FACT

1. This Court finds that the initial memorandum in support of the Writ Application contains exactly _16440_ words tabulated as prescribed in TEX. R. APP. PROC. 73.1 and the Remand Order from the Texas Court of Criminal Appeals.

→ This Court finds that the memorandum as originally filed did not

2. This Court finds that a Motion to Exceed Word Limit comply has been properly filed. with Rule 73.1(

3. This Court finds that the State has agreed to the Motion to Exceed Word Limit.

1

4. This Court finds that the statement in the Certificate of Compliance of 15,000 words is an error.

5. This Court makes the specific finding that the error was not made in bad faith.

6. That the jurisdictional statement contains 3,687 words. That without the jurisdictional statement relevant portions of the brief contains 12,844 words.

7. 12,844 was the number applicant's counsel intended to place in the compliance certificate as that is the word count without the jurisdictional statement. Applicant's Counsel believed that to be the correct number based on TEX. R. APP. PROC. 9.4 (i)(1) and a telephone conversation with the Texas Court of Criminal Appeals.

---

## CONCLUSIONS OF LAW

---

Good Cause exists for exceeding the word limit due to the number of issues and the need for a Comprehensive Jurisdictional Statement. In separate Order, this Court grants the Applicant's Agreed Motion to Exceed Word Count by _1,490_ words.

Signed this __11__ day of December, 2014.

_____
JUDGE  PATRICK M. GARCIA

2

Print this page

# Envelope 3463859

## Case Information

| | |
|---|---|
| Location | Court Of Criminal Appeals |
| Date Filed | 12/11/2014 04:04:37 PM |
| Case Number | |
| Case Description | |
| Assigned to Judge | |
| Attorney | Janet Burnett |
| Firm Name | El Paso County Public Defender's Office |
| Filed By | Margaret Martinez |
| Filer Type | Not Applicable |

## Fees

| | |
|---|---|
| Convenience Fee | $0.00 |
| Total Court Case Fees | $0.00 |
| Total Court Filing Fees | $0.00 |
| Total Court Service Fees | $0.00 |
| Total Filing & Service Fees | $0.00 |
| Total Service Tax Fees | $0.00 |
| Total Provider Service Fees | $0.00 |
| Total Provider Tax Fees | $0.00 |
| Grand Total | $0.00 |

## Payment

| | |
|---|---|
| Account Name | Waiver of Fees- Default |
| Transaction Amount | $0.00 |
| Transaction Response | |
| Transaction ID | |

Order #

**Motion**

Filing Type                EFile

Filing Code                Motion

Filing Description         MICHAEL JACQUES / FINDINGS OF FACT
                           AND CONCLUSIONS OF LAW

Reference Number

Comments

Status                     Submitting

**Fees**

Court Fee                  $0.00

Service Fee                $0.00

**Documents**

*Lead Document*            FINDINGS OF FACT AND            [Original]
                           CONCLUSIONS OF LAW.pdf

**Margarita Martinez**

| | |
|---|---|
| **From:** | No-Reply@eFileTexas.gov |
| **Sent:** | Thursday, December 11, 2014 4:05 PM |
| **To:** | Margarita Martinez |
| **Subject:** | eFileTexas.gov - Filing Submitted - 3463859 |



# Filing Submitted
Envelope Number: **3463859**

The filing below has been submitted to the clerk's office for review. Please allow up to 24 business hours for clerk office processing.

| Filing Details | |
|---|---|
| **Court** | Courts of Appeals |
| **Date/Time Submitted:** | 12/11/2014 5:04:37 PM |
| **Filing Type:** | Motion |
| **Activity Requested:** | EFile |
| **Filed By:** | Margaret Martinez |

| Fee Details |
|---|
| This envelope is pending review and fees may change. |

| | |
|---|---|
| Case Fee Information | $0.00 |
| Motion | $0.00 |

**Total:** $0.00 (The envelope still has pending filings and the fees are subject to change)

| Document Details | |
|---|---|
| **Lead File:** | FINDINGS OF FACT AND CONCLUSIONS OF LAW.pdf |
| **Lead File Page Count:** | 2 |

| Contact your service provider with any questions |
|---|

1